197 So.2d 283

**John D. CHILDERS**

v.

**STATE.**

6 Div. 448.

Supreme Court of Alabama.

March 30, 1967.

Izas Bahakel, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and John C. Tyson, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of John D. Childers for certiorari to the Court of Appeals to review and revise the judgment and decision in Childers v. State, 43 Ala.App. 594, 197 So.2d 281 (6 Div. 273).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

194 So.2d 864

**Willie Joe CHILDS**

v.

**STATE.**

6 Div. 418.

Supreme Court of Alabama.

Feb. 2, 1967.

Morel Montgomery and Fred Blanton, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Willie Joe Childs for certiorari to the Court of Appeals to review and revise the judgment and decision in Childs v. State, 43 Ala.App. 529, 194 So.2d 861.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

■

191 So.2d 229

**Oates Lamar COOPER**

v.

**STATE.**

3 Div. 251.

Supreme Court of Alabama.

Oct. 20, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

I. Edwin Moore, Montgomery, opposed.

MERRILL, Justice.

Petition of the State, for certiorari to the Court of Appeals to review and revise the judgment and decision reversing a judgment of conviction for grand larceny in Cooper v. State, 43 Ala.App. 385, 191 So.2d 224.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.